| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | NOT FOR PUBLICATION |
| ANTHONY JONES,<br><br>                              Plaintiff,<br><br>      - versus -<br><br>EAST BROOKLYN SECURITY SERVICES<br>CORP. and WINCHESTER KEY,<br><br>                              Defendant. | ORDER<br><br>11-CV-1021 (JG) (SMG) |

JOHN GLEESON, United States District Judge:

        I have reviewed Judge Gold's Report & Recommendation ("R&R") dated February 28, 2012 (ECF No. 11) and the plaintiff's objection thereto (ECF No. 13). Finding insufficient merit to the objection, the R&R is adopted in full.

        Accordingly, plaintiff's motion for entry of a default judgment is denied. However, plaintiff is hereby granted leave to serve and file, on or before April 14, 2012, an amended complaint alleging facts sufficient to impose FLSA liability against defendants. Plaintiff is hereby directed to serve a copy of this Order upon defendants at their last known address, and to file proof of service with the Court.

        So ordered.


        John Gleeson, U.S.D.J.


Dated:  March 16, 2012
         Brooklyn, New York